PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>LOURDES MEDINA,<br>aka "Lourdes Vargas Gonzalez," and<br>DAVID JONATHAN VARGAS,<br><br>                    Defendants. | CASE NO. 1:24-MJ-00011-BAM<br><br>**MOTION TO UNSEAL; AND ORDER** |

## MOTION TO UNSEAL

The government moves the Court to unseal the Indictment in this case. On January 30, 2024, both defendants were arrested and are scheduled to make their initial appearances on January 31, 2024, in this Court. The United States therefore requests that this case be unsealed along with the arrest warrants.

PHILLIP A. TALBERT
United States Attorney

Dated: January 31, 2024

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorneys

1

**ORDER**

Upon motion by the United States of America and for good cause appearing due to the defendants' pending initial appearance in this case, it is ordered that the Indictment and arrest warrants in the case be UNSEALED.

IT IS SO ORDERED.

Dated:  **January 31, 2024**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE